UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERRY L. JARVIS,

      Plaintiff,                      Case No: 1:07-cv-450

v                                         HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

**ORDER**

In this social security action, a stipulated Judgment was entered October 17, 2007, reversing the Commissioner's decision and remanding the matter to the Commissioner for further administrative proceedings. Plaintiff subsequently filed a motion requesting an award of $3,000.00 in attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The motion was referred to the Magistrate Judge. On January 8, 2008, the Magistrate Judge issued a Report and Recommendation, finding that plaintiff is entitled to an award of attorney's fees in the amount of $2,352.50 and recommending that this Court therefore grant in part and deny in part plaintiff's motion.

The matter is presently before the Court on plaintiff's objection to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b)(3), the Court has performed de novo consideration of those portions of the Report and Recommendation to which objection has been made. Plaintiff's objection demonstrates her disagreement with the Magistrate

Judge's conclusions, but plaintiff does not reveal any error in the Magistrate Judge's analysis. The Court denies the objection.

**THEREFORE, IT IS ORDERED** that the objection (Dkt 18) is DENIED and the Report and Recommendation of the Magistrate Judge (Dkt 17) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Attorney Fees (Dkt 15) is GRANTED IN PART and DENIED IN PART and plaintiff is entitled to an award from defendant of an attorney's fee in the amount of $2,352.50.


Dated:  July 11, 2008                             /s/ Janet T. Neff
                                                  JANET T. NEFF
                                                  United States District Judge